# IN UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| **CHRISTINA P. LIPPY**, et al., | |
| Plaintiffs, | |
| v. | **Civil Action No.: PJM 10-627** |
| **UNITED STATES OF AMERICA**, | |
| Defendant. | |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and Local Rule 103.9, Plaintiffs, Christina P. Lippy on her behalf and on behalf of those whom she represents, by and through their Counsel, Robert D. Schulte and Schulte Booth, P.C., hereby files this Consent Motion to Modify Scheduling Order. As good cause therefore, Plaintiffs state that:

1. This matter involves a fatal helicopter crash that occurred near Andrew Air Force Base on September 27, 2008 wherein the negligence of the United States of America/Federal Aviation Administration is alleged to have caused the accident.

2. That crash resulted in four (4) fatalities and one (1) personal injury.

3. Although the above-captioned Plaintiffs were the first to file suit against the United States of America in this matter, additional Plaintiffs are expected to imminently file suit, too claiming negligence on the part of the United States of America/Federal Aviation Administration as a result of the same occurrence.

4. It is expected that the Plaintiffs, Defendant or both will move to consolidate these cases in the interest of judicial economy and to avoid duplicitous discovery and related litigation costs.

1

5.      Moreover, the issues extant in this litigation are complex and the proper execution of the Parties' discovery obligations cannot be carried out in the time contemplated by the Court's Initial Scheduling Order.

6.      Finally, the undersigned Counsel's trial schedule would preclude him from taking any meaningful discovery before late August 2010.

7.      Accordingly, the Parties respectfully request that all dates in the Court's Scheduling Order be advanced by Six (6) months, without prejudice to the rights of present and future litigants to request a subsequent modification of the revised Scheduling Order if it be in the interests of justice.

8.      Counsel for the United States of America have advised that they consent to the foregoing.

**WHEREFORE**, Plaintiffs request that this Honorable Court modify its Initial Scheduling Order to advance all dates therein by Six (6) months.

Respectfully submitted:

**SCHULTE BOOTH, P.C.**

By:      /s/
Robert D. Schulte (Fed. Bar. No. 24868)
3001 Elliott Street
Baltimore, Maryland  21224
(410) 732-1315
rschulte@schultebooth.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of June, 2010, a copy of Plaintiffs' Consent Motion to Modify Scheduling Order was electronically filed with the District Court's Case Management / Electronic Case File System and therefore upon all counsel of record.

/s/
Robert D. Schulte